# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAQUILLE MORRIS, | Civil Action No. 3: 14-cv-0201 |
| Plaintiff, | |
| v. | United States District Judge Kim R. Gibson |
| R. BAKOS and JOSEPH DUPONT, | |
| Defendants. | |

## MEMORANDUM ORDER

This case was commenced on September 19, 2014, and was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

Defendants filed a motion for summary judgment (ECF No. 30), to which Plaintiff responded in opposition. On January 13, 2016, Magistrate Judge Eddy filed a Report and Recommendation (ECF No. 41) recommending that Defendants' motion for summary judgment be denied as Plaintiff had submitted evidence sufficient to create genuine issues of material fact that preclude the entry of summary judgment. The parties were advised that they had until February 1, 2016, to file written objections to the Report and Recommendation. To date, no objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of February, 2016:

1. Defendants' motion for summary judgment (ECF No. 30) is **DENIED**; and

1

2.  **IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 41) dated January 13, 2016, is **ADOPTED** as the Opinion of the Court.

It is further **ORDERED** that this case is referred back to the undersigned. Motions are no longer referred to the magistrate judge.

BY THE COURT:

_____
Kim R. Gibson
United States District Judge

cc: SHAQUILLE MORRIS
JY-3653
SCI Dallas
1000 Follies Road
Dallas, PA 18612

Robert A. Willig
Office of Attorney General